# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WICK COMCOR CORPORATION,

    Plaintiff,

vs.                                 No. CIV 99-1061 JC/KBM (ACE)

JOURNAL PUBLISHING COMPANY,
NEW MEXICO STATE TRIBUNE COMPANY,
ALBUQUERQUE PUBLISHING COMPANY,
and APC COMPANY, a New Mexico
general partnership, doing business as
ALBUQUERQUE PUBLISHING COMPANY,

    Defendants.

## <u>MEMORANDUM OPINION AND ORDER</u>

THIS MATTER came on for consideration of Defendants' Motion for Reconsideration of Court's August 2, 2001 Memorandum Opinion and Order and Request for Oral Argument, filed August 23, 2001 *(Doc. 125)*. The Court has reviewed the motion, the memoranda submitted by the parties, and the relevant authorities. The Court finds that oral argument is not necessary. The Court further finds that Plaintiff's motion is not well taken and will be denied. Plaintiff failed to raise any issues that would warrant this Court changing its previous decision.

Wherefore,

IT IS ORDERED that Defendants' Motion for Reconsideration of Court's August 2, 2001 Memorandum Opinion and Order and Request for Oral Argument, filed August 23, 2001 *(Doc. 125)* is hereby denied.

DATED January 24, 2002.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Counsel for Plaintiff:

    Marshall G. Martin, Esq.
    Thomas J. McBride, Esq.
    Ryan M. Randall, Esq.
    Hinkle, Hensley, Shanor & Martin, L.L.P.

Counsel for Defendants:

    William S. Dixon, Esq.
    Charles K. Purcell, Esq.
    Rodey, Dickason, Sloan, Akin & Robb, P.A.
    Albuquerque, New Mexico

    Martin R. Esquivel, Esq.
    Dines, Gross & Esquivel P.C.
    Albuquerque, New Mexico